

FILED IN DISTRICT COURT
OKLAHOMA COUNTY

MAR - 7 2013

TIM RHODES
COURT CLERK
34_____

IN THE DISTRICT COURT OF OKLAHOMA COUNTY
STATE OF OKLAHOMA

| | | |
|---|---|---|
| NOAH DESOUZA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | Case No. CJ_____ |
| | ) ) | CJ - 2013 - 1429 |
| LIBERTY MUTUAL FIRE INSURANCE COMPANY, | ) ) ) | |
| Defendant. | ) | |

## PETITION

Plaintiff for petition against Defendant, states:

(1) While Defendant, Liberty Mutual Fire Insurance Company, had in force its policy number A02-298-393-682-40 1 6, insuring Plaintiff for Uninsured/Underinsured Motorist Coverage, Plaintiff suffered serious injuries from a car wreck on December 22, 2011.

(2) The tort-feasor at fault in causing this wreck had inadequate liability insurance limits to pay the damages incurred as a result of the injuries Plaintiff suffered.

(3) Liberty Mutual Fire Insurance Company has in bad faith refused to pay its policy limit.

WHEREFORE, Plaintiff prays judgment against Defendant in the amount of $100,000.00 on the contract claim, an amount in excess of the amount required for diversity jurisdiction pursuant to Section 1332 of Title 28 of the United States Code on the tort claim, costs, and all other relief deemed appropriate by the court.

EXHIBIT
3



Respectfully submitted,

_____
REX TRAVIS, OBA #9081
PAUL KOURI, OBA #20751
PO Box 1336
Oklahoma City, OK 73101-1336
Telephone: (405) 236-5400
Facsimile: (405) 236-5499
E-mail: RexTravis@TravisLawOffice.com
E-mail: PaulKouri@TravisLawOffice.com
Attorneys for Plaintiff

**ATTORNEY'S LIEN CLAIMED**