## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| NOAH DESOUZA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-13-373-C |
| | ) | |
| LIBERTY MUTUAL FIRE | ) | |
| INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), Plaintiff, Noah Desouza, by and through his counsel of record, Rex Travis, and Defendant, Liberty Mutual Fire Insurance Company, by and through its counsel of record, William W. O'Connor of Newton, O'Connor, Turner & Ketchum, P.C., hereby stipulate to a dismissal with prejudice of all of Plaintiff's claims and causes of action in the above-styled and numbered case, each party to bear their own attorneys' fees and costs.

Dated this 4th day of June, 2013.

Respectfully submitted,

/s/ *Rex Travis**
REX TRAVIS, OBA #9081
PAUL KOURI, OBA #20751
PO Box 1336
Oklahoma City, OK 73101-1336
Telephone: (405) 236-5400
Facsimile: (405) 236-5499
E-mail:   RexTravis@TravisLawOffice.com
E-mail:   PaulKouri@TravisLawOffice.com

**Attorneys for Plaintiff**


-and-


/s/William W. O'Connor
**William W. O'Connor**, OBA No. 13200
**Lindy H. Collins**, OBA No. 30579
NEWTON, O'CONNOR, TURNER & KETCHUM, PC
15 West Sixth Street, Suite 2700
Tulsa, Oklahoma   74119-5423
(918) 587-0101
(918) 587-0102 (facsimile)
boconnor@newtonoconnor.com
lcollins@newtonoconnor.com

**ATTORNEYS FOR DEFENDANT LIBERTY
MUTUAL FIRE INSURANCE COMPANY**


\* *Signed by filing attorney, with permission of Plaintiff's attorney.*

2